# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ROBYN CHRISTIANSEN,

                  Plaintiff,

    v.

WRIGHT MEDICAL
TECHNOLOGY
INCORPORATED,

               Defendants.

1:13-cv-297-WSD

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable William S. Duffey, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff Robyn Christiansen and against Defendant Wright Medical Technology Incorporated for compensatory damages in the amount of $1,000,000.00 and punitive damages in the amount of $10,000,000.00, for a total judgment of $11,000,000.00.

Dated at Atlanta, Georgia, this 30th day of November, 2015.


                              JAMES N. HATTEN, CLERK

                              By: _S/ Harry F. Martin_
                                    Deputy Clerk



Filed in the Clerk's Office
November 30, 2015
James N. Hatten, Clerk
By: _S/ Harry F. Martin_
        Deputy Clerk