# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC. CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL CASES | MDL Docket No. 2329<br><br>CIVIL ACTION NO.<br>1:12-md-02329-WSD |

## ORDER ESTABLISHING QUALIFIED SETTLEMENT FUND AND APPOINTING OF QSF ADMINISTRATOR

This matter is before the Court on the Motion to Establish Qualified Settlement Funds and to Appoint a Qualified Settlement Fund Administrator [1865] (the "Motion"). Having considered the Motion and the establishment, purpose, and operation of the Qualified Settlement Fund,

**IT IS HEREBY ORDERED** with respect to establishing the Qualified Settlement Fund, appointing a Qualified Settlement Fund Administrator and related matters, as follows:

1. The "Wright Hip Qualified Settlement Fund" (the "QSF") is established as a Qualified Settlement Fund within the meaning of Treas. Reg. § 1.468B-1 and pursuant to the authority conferred on this Court by 28 U.S.C. § 1407, the Order of the United States Judicial

Panel on Multidistrict Litigation, Treas. Reg. § 1.468B-1(c)(1), and the submission by all Plaintiffs and Claimants within the Wright Medical Hip Implant Settlement Program, this Court shall have exclusive jurisdiction over the QSF.

2. Providio MediSolutions, LLC ("Providio") is appointed as Administrator of the QSF (the "QSF Administrator") and granted the authority to conduct any and all activities necessary to administer the QSF consistent with and as described in the Wright CONSERVE® Hip Implant Litigation Settlement Agreement ("MSA"), the Motion, and this Order.

3. The QSF shall be held at The Huntington National Bank ("the Bank"), according to the terms, conditions and restrictions of this Order, and the Bank shall act as trustee of the QSF ("Trustee") pursuant to the terms, conditions and restrictions of the Motion.

4. The QSF Administrator is authorized to effect qualified assignments of any resulting structured settlement liability or similar vehicle within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee, following the terms of the MSA.

5. The QSF Administrator is authorized, upon final distribution of all funds paid into the QSF, to take appropriate steps to wind down the QSF and, thereafter, discharge the QSF Administrator and the Trustee from any further responsibility with respect to the QSF.

**SO ORDERED** this 14th day of July, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE