IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br>ALL CASES | 1:12-MD-2329-WSD |

## SUGGESTION CONCERNING REMAND

On October 5, 2017, the Court conducted a status conference at which the parties discussed the global resolution of this MDL. ([2015]). On October 10, 2017, the Court issued its order summarizing the conference and directing the parties to file a motion requesting the Court to close the MDL to new claims. ([2017]). The parties filed their motion, and on October 18, 2017, the Court issued an order granting it, finding the purposes of the MDL fulfilled, vacating the Court's Case Management Order No. 1, to the extent it permitted direct filing of new cases, through short-form complaint or otherwise, and ordering that no new cases be direct-filed in the MDL. ([2022]).

1

The same day, the Court sent a suggestion to the United States Judicial Panel on Multidistrict Litigation (the "JPML") that: (a) included copies of the Court's October 10 and 18, 2017 orders, (b) informed the JPML that the MDL was in a final wind-up phase as a result of a global resolution addressing all cases in the MDL, and (c) requested the JPML cease transferring new actions to the MDL as tag-alongs.  ([2022]; see also MDL [235]).  On October 19, 2017, the JPML accepted the Court's suggestion and issued a minute order suspending the requirement that the Clerk of the JPML be notified of potential tag-along actions. (MDL [236]).

The Court concludes, and the parties agree, that the cases identified in Exhibit A, attached to this Order, were transferred to this Court by the JPML, are not resolved by the terms of the MSA, and should be remanded by the JPML to their respective transferor courts.

Accordingly, pursuant to JPML Rule 10.1(b), the Court respectfully **SUGGESTS** that the JPML remand the cases identified in Exhibit A to the United States District Courts in which each case was filed and from which it was transferred.

3

**SO SUGGESTED** this 22nd day of June, 2018.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

5

|    | CLAIMANT NAME | COURT FOR REMAND | CIVIL ACTION NO. |
|----|---------------|------------------|------------------|
| 1. | COWART, Mae Ellar | United States District Court for the Eastern District of Louisiana | 1:12-cv-01305 |
| 2. | JARRETT, Coleman | United States District Court for the Southern District of Indiana | 1:12-cv-00625 |