IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br>ALL CASES | 1:12-MD-2329-WSD |

## ORDER

All member cases in this MDL have been closed. The Court finds that the master docket, <u>In re: Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation</u>, No. 1:12-MD-2329, should be closed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to administratively close the master docket in this MDL.

**SO ORDERED** this 26th day of June, 2018.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE