IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: WRIGHT MEDICAL TECHNOLOGY, INC., CONSERVE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2329<br>Case No. 1:12-md-2329 WSD<br><br>**Motion Requesting Permission to Withdraw from This Proceeding** |
| This Document Relates To:<br><br>All Cases | )<br><br>) | |

To:
Clerk of Court
U.S. District Court for the Northern District of Georgia
Atlanta Division
Richard B. Russell Federal Building and Courthouse
75 Spring St., SW
Atlanta, GA 30303-3361

    Please take notice that Terrence Smith, of the firm Davis, Saperstein & Salomon, P.C., respectfully requests permission to withdraw from the MDL 2329 and have his name stricken from all related ECF filings and notices.

All individual cases in which this firm represented plaintiffs have resolved and been dismissed with prejudice by court order.

This law firm no longer represents any party in any case included in MDL 2329. Notice to former clients is not necessary.

This law firm does not represent any party in any case that was or may be remanded back to any transferor court.

This law firm has no further interest or participation in any residual matters concerning this MDL 2329., which closed on June 28, 2018.

_____
Terrence Smith [8297]
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666
201-907-5000
201-692-0444 fax
tsmith@dsslaw.com
Attorneys for Plaintiffs

Dated: August 15, 2018